# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| BRUCE MURRAY, | : No. 74 EM 2015 |
| Petitioner | : |
| v. | : |
| M. OVERMYER, SUPT.; ARNOLD L. NEW, JUDGE, ET. AL., | : |
| Respondents | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 19th day of August, 2015, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.